UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ANDREA A. HORTON**                                                    **PLAINTIFF**

v.                                   **CIVIL ACTION NO. 3:17-CV-279-TBR**

**SECURITY FIRST INC.**                                           **DEFENDANT**

## MEMORANDUM OPINION

Plaintiff Andrea A. Horton, proceeding *pro se* and *in forma pauperis*, filed a complaint against her former employer Security First Inc. under Title VII of the Civil Rights Act of 1964. On September 1, 2017 (DN 9), the Court entered a Memorandum and Order to Plaintiff directing her to file her right-to-sue letter in this action or to show cause why her Title VII lawsuit should not be dismissed for failure to pursue administrative relief with the Equal Employment Opportunity Commission. That Memorandum and Order warned Plaintiff that failure to comply within thirty days would result in dismissal.

The thirty-day period has expired without a response from Plaintiff. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* Fed. R. Civ. P. 41(b) (governing involuntary dismissal).

Date: October 20, 2017

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

cc:    Plaintiff, *pro se*
4413.009